UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RANDY WILLIAM BRAST | § | |
| | § | CIVIL ACTION NO. 4:23-cv-01339 |
| Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | |
| COLOMBIAN CUISINE and | § | |
| WESTHEIMER SUNSHINE, L.C. | § | |
| | § | |
| Defendants | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT JUDGE:

The Parties wish to inform the Court that the instant case and disputes arising out of the issue in controversy have been settled. Parties are finalizing documents and will submit their dismissal documents within 30 days.

DATED: February 27, 2024                    Respectfully submitted,

                                                     LAW OFFICES OF R. BRUCE THARPE
                                                   PO Box 101
                                                   Olmito, Texas 78575
                                                   (956) 255-5111 - Tel
                                                   (866) 599-2596 - Fax

                                 BY:    ***/S/   R. Bruce Tharpe***
                                                   R. Bruce Tharpe
                                                   Texas State Bar ID No. 19823800
                                                   Federal Bar ID 13098
                                                   PLAINTIFF'S COUNSEL

## CERTIFICATE OF SERVICE

I, R. Bruce Tharpe, hereby certify that a true and correct copy of the foregoing pleading was served upon all parties of record via email notification from the Southern District of Texas ECF system on February 27, 2024.

                                                            ***/s/ R. Bruce Tharpe***
                                                            R. Bruce Tharpe

1