UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RANDY WILLIAM BRAST § | |
| § | CIVIL ACTION NO. 4:23-cv-01339 |
| Plaintiff § | |
| § | |
| VS. § | |
| § | |
| COLOMBIAN CUISINE and § | |
| WESTHEIMER SUNSHINE, L.C. § | |
| § | |
| Defendants § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, RANDY WILLIAM BRAST, Plaintiff, and COLOMBIAN CUISINE and WESTHEIMER SUNSHINE, L.C., Defendants, have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendants in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:     April 13, 2024          FOR RANDY WILLIAM BRAST, Plaintiff

BY:     */S/   R. Bruce Tharpe*
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575

        (956) 255-5111 - Office
        (866) 599-2596 - Fax
        Texas State Bar ID No. 19823800
        Federal Bar ID 13098

DATED:    April 13, 2024    FOR COLOMBIAN CUISINE and WESTHEIMER SUNSHINE, L.C, Defendants

BY: ***/S/ Adalberto Ruiz***
Mr. Adalberto Ruiz
RUIZ LAW FIRM, LLC
3718 E. Broadway Street
Pearland, Texas 77581
(713) 234-7894 – Office
(832) 408-8540 - Fax